**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW CARD, | No.  1:23-cv-00335-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| SUBARU OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive | (Doc. 14) |
| Defendant. | |

On November 13, 2023, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 14).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 15, 2023**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE